AO 92
(Rev. 6/83)

**COMMITMENT**

# United States District Court

| | |
|---|---|
| | **DISTRICT** New Jersey |
| UNITED STATES OF AMERICA<br>V.<br><br>CARY LEE PETERSON | **DOCKET NO.**<br><br>**MAGISTRATE CASE NO.**<br>2:16-MJ-6546 (JAD) |

The above named defendant was arrested upon the complaint of

charging a violation of    18:1350, 15:78 & 17:240 USC §

| **DISTRICT OF OFFENSE** New Jersey | **DATE OF OFFENSE** |
|---|---|

**DESCRIPTION OF CHARGES:**

False Certification & Securities Fraud

**BOND IS FIXED AT**
$   Detained

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

_4/13/2016_
Date

_Leda D. Wettre_
United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |