UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:16-CR-230 (AET) |
| v. | : | ORDER |
| CARY LEE PETERSON | : |  |

Defendant having appeared before the Court on April 13, 2016 for an initial appearance in this District; and defendant having invoked his Fifth Amendment right not to provide financial information that was requested of him in order to determine his qualification to have defense counsel appointed; and the charges in the indictment (ECF No. 13) including allegations of securities fraud against the defendant; and it thus appearing that defendant's financial status may be implicated in this matter; and the Court having appointed the Federal Public Defender only for the initial appearance because of defendant's stated intention to retain private counsel after the initial appearance; and the Court since having learned that defendant has not yet retained private counsel; and the Court having an interest in moving this matter along without delay, and the defendant not having waived the appointment of counsel,

It is on this __16th__ day of __MAY__, 2016,

ORDERED that __BRIAN REILLY, AFPD__ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court; and it is further

ORDERED that if it is later determined that defendant had the financial ability to pay for counsel, he shall be required to reimburse the appropriate entity for the reasonable hourly rate of the services provided by the Federal Public Defender.

*Leda Dunn Wettre*
Honorable Leda D. Wettre
United States Magistrate Judge