UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE ANNE E. THOMPSON
COURT RECORDER: K. STILLMAN

DATE OF PROCEEDINGS: 05/19/2016
CRIMINAL DOCKET #:16-230(AET)01

TITLE OF CASE:
UNITED STATES OF AMERICA
    vs.
CARY LEE PETERSON

APPEARANCES:
Jonathan Peck, Assistant United States Attorney
Assistant Federal Public Defender, Assistant Federal Public Defender
Defendant present.
Pretrial Service Officer present.

NATURE OF PROCEEDINGS:
INITIAL APPEARANCE ON THE INDICTMENT & ARRAIGNMENT HEARING HELD.
Defendant advised of rights, charges and penalties.
Defendant entered plea of not guilty as to the charges.
Defendant waives formal reading of the Indictment.
Ordered continuance order and scheduling order to be filed.
Ordered matter continued to 6/6/2016.
Ordered an in–person status conference set for 6/10/2016 at 10:00 a.m.
Hearing on defendant's bail application.
Ordered application denied.
Ordered defendant remanded.

TIME COMMENCED: 11:30 a.m.
TIME ADJOURNED: 11:50 a.m.
TOTAL TIME: 20 minutes

                                    s/Dana Sledge-Courtney
                                    Courtroom Deputy