RECEIVED
MAY 19 2016
AT 8:30_____M
WILLIAM T. WALSH
CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Anne E. Thompson |
| v. | Crim No. 16-CR-230 |
| CARY LEE PETERSON | **SCHEDULING ORDER** |

This matter having come before the Court on the joint application of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Jonathan M. Peck, Assistant U.S. Attorney, appearing), and the defendant Cary Lee Peterson, being represented by Brian P. Reilly, A.F.P.D.; and the parties not having had sufficient time to meet and confer with regard to a schedule for discovery and inspection and for pretrial motions because defense counsel has just been retained; and for good cause shown,

It is on this 19th day of May 2016, hereby ORDERED that:

1)   On or before June 6, 2016, the Government and the Defendant shall take the actions described in paragraphs 2 through 6 of the Court's Standing Order for Criminal Trial Scheduling and Discovery; and

2)   A status conference shall be held on _June 10, 2016_, at _10:00 AM_ in order for the Court to confer with counsel and to enter an appropriate Scheduling Order.

_____
HON. ANNE E. THOMPSON
United States District Judge

Consented and Agreed to by:

_____
Brian P. Reilly, A.F.P.D.
Counsel for Defendant

_____
Jonathan M. Peck
Assistant United States Attorney