UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE ANNE E. THOMPSON
COURT RECORDER: K. STILLMAN

DATE OF PROCEEDINGS : 06/06/2016
CRIMINAL DOCKET #:16-230(AET)01

TITLE OF CASE:
UNITED STATES OF AMERICA
      vs.
CARY LEE PETERSON

APPEARANCES:
Jonathan Peck, Assistant United States Attorney
Brian Reilly, Assistant Federal Public Defender
Defendant present.
Pretrial Service Officer present.

NATURE OF PROCEEDINGS: BOND HEARING HELD.

Hearing on defendant's bail application.

Ordered application Granted.

Ordered parties to work out details of bond then report back to the court.

Court recess: 1:00 p.m. to 3:30 p.m.

Ordered bail set at $200,000.00 secured bond with special conditions.

Ordered defendant detained until all bail conditions have been met.

TIME COMMENCED: 12:30 p.m.
TIME ADJOURNED: 4:00 p.m.
TOTAL TIME: 1 hour

                                              s/Dana Sledge-Courtney
                                                Courtroom Deputy