**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

| | 22 South Clinton Avenue | |
|---|---|---|
| **RICHARD COUGHLIN** | Station Plaza 4, 4th Floor | **CHESTER M. KELLER** |
| FEDERAL PUBLIC DEFENDER | Trenton, New Jersey 08609 | FIRST ASSISTANT |

(609) 989-2160  Telephone
(609) 989-2153  Facsimile

RECEIVED
JUN 09 2016
AT 8:30_____M
WILLIAM T. WALSH
CLERK

June 9, 2016

Honorable Anne E. Thompson
United States District Court Judge
Clarkson S. Fisher Courthouse
Trenton, New Jersey 08608

RECEIVED
JUN 09 2016
AT 8:30_____M
WILLIAM T. WALSH
CLERK

*So Ordered*
*Anne E Thompson USDJ*
*6/9/16*

Re: United States v. Cary Lee Peterson
    Crim. No. 16-230

Dear Judge Thompson,

On Monday June 6th Your Honor set conditions of bail in this case to include the posting of property in Arizona, posting of $6000 in cash, having the defendant's mother, who lives in Arizona, sign on as third party custodian, electronic monitoring and a curfew at the mother's residence from 7:00 p.m. to 8:00 a.m.

The property and $6000 have been posted. The mother has signed as third party custodian. It is anticipated that the Marshals will produce Mr. Williams at the district court in Newark *tomorrow*. He will be released to Pretrial Services and the conditions of release will be explained. Mr. Peterson will be provided with the instructions and equipment for electronic monitoring. Mr. Peterson will also recover his luggage, personal property, and identification. The timing of this procedure is unclear, including the time the Marshal's will get Mr. Peterson to Newark.

Pretrial Services would prefer that Mr. Peterson fly to Arizona tomorrow. The government would prefer a plane ticket be purchased before release. The timing of travel was not a condition of release.

As I explained at the bail hearing, financial resources are limited. The cost of the plane ticket is a hardship for family members though they are willing to do so before Mr. Peterson is released to satisfy the governments preference. There is concern that, if a plane ticket is purchased for tomorrow, Mr. Peterson will not make it on time and the ticket will not be honored or be more costly. For that reason, I am requesting that Cary Peterson be permitted to fly to Arizona on

Saturday. A flight at 12:55p.m. is apparently available. Mr. Peterson can confirm his accommodations for the overnight stay to Pretrial Services.

Would your Honor kindly advise if Mr. Peterson will be permitted to travel to his designated residence in Arizona on Saturday?

Thank you for your consideration.

Respectfully,

Brian P. Reilly
Assistant Federal Public Defender

cc: Jonathan Peck, AUSA
　　Robert Hyde, USPTS
　　Jeff Paterson, USPTS