RECEIVED

JUN 1 0 2016
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Anne E. Thompson |
| v. | Crim No. 16-CR-230 |
| CARY LEE PETERSON | **SCHEDULING ORDER** |

This matter having come before the Court on the joint application of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Jonathan M. Peck, Assistant U.S. Attorney, appearing), and the defendant Cary Lee Peterson, being represented by Brian P. Reilly, A.F.P.D.; and the parties not having had sufficient time to meet and confer with regard to a schedule for discovery and inspection and for pretrial motions because defense counsel has just been retained; and for good cause shown,

It is on this 10th day of June, 2016, hereby ORDERED that:

1) The Government shall provide discovery required by Federal Rule of Criminal Procedure 16(a)(1) on a rolling basis starting on or before July 1, 2016 and provide all such discovery on or before July 18, 2016.

2) The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before July 1, 2016. Exculpatory evidence that becomes known to

the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3) The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before August 1, 2016.

4) The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before September 1, 2016.

5) The following shall be the schedule for pretrial motions in this matter:

   a. The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before September 30, 2016;

   b. The Government shall file any response to the Defendant's pretrial motions on or before October 21, 2016;

   c. The Defendant shall file any reply on or before November 4, 2016;

   d. To the extent necessary, oral argument on pretrial motions shall be held on a date to be determined by the Court in consultation with the Parties.

*Anne E. Thompson*
HON. ANNE E. THOMPSON
United States District Judge

Consented and Agreed to by:

*[signature]*
Brian P. Reilly, A.F.P.D.
Counsel for Defendant

*[signature]*
Jonathan M. Peck
Assistant United States Attorney