RECEIVED

AUG 0 1 2016

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES | Hon. Anne E. Thompson, U.S.D.J. |
| v. | Crim. No. 16-230 |
| CARY PETERSON | ORDER PERMITTING TRAVEL AND AMENDING CONDITIONS OF RELEASE |

This matter having been opened to the Court by Cary Peterson, through his counsel, Assistant Federal Public Defender, Brian P. Reilly, seeking an order permitting the defendant, Cary Peterson, to travel to New Jersey to meet with appointed and prospective counsel and to suspend the release conditions of location monitoring and curfew previously imposed on June 6, 2016 in order to facilitate the travel;

And the government, through Assistant United States Attorney Jonathan M. Peck having received notice of this application and having no objection;

And good cause having been shown;

IT IS ORDERED this 1st day of August 2016, that the defendant, Cary Peterson, shall be permitted to travel to New Jersey for the purpose of meeting with appointed and prospective counsel;

It is further ORDERED that the defendant shall report to Pretrial services upon his arrival in the District of New Jersey;

It is further ORDERED that the previously imposed conditions of location monitoring and curfew shall be suspended for the duration of the travel;

It is further ORDERED that the defendant shall provide his travel itinerary and Plans for accommodations to Pretrial Services for review and approval prior to travelling.

All other conditions of release previously set on June 6th, 2016 shall remain in full force and effect.

*Anne E. Thompson*

Honorable Anne E. Thompson
United States District Judge