RECEIVED

AUG 3 1 2016

AT 8:30 _____ M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anne E. Thompson |
| v. | : | Crim No. 16-CR-230 |
| CARY LEE PETERSON | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (by Jonathan M. Peck, Assistant U.S. Attorney), and the defendant Cary Lee Peterson (by Brian P. Reilly, A.F.P.D.) for an order granting a continuance of the proceedings in the above-captioned matter; and defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and two prior continuances having been entered; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The failure to grant a continuance would deny counsel for the defendant and counsel for the Government the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence.

2. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 31st day of August, 2016,

ORDERED that this action be, and hereby is, continued until November 30, 2016; and it is further

ORDERED that the period from the date of this order through November 30, 2016 be and hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161, *et seq.*

_____
HON. ANNE E. THOMPSON
United States District Judge

Consented and agreed to by:

_____
Brian P. Reilly, A.F.P.D.
Counsel for Defendant

_____
Jonathan M. Peck
Assistant United States Attorney